# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## Case No.: 1:24-CV-00202-AW-HTC

**BENNY HUGGINS,**

      **Plaintiff,**　　　　　　　　　　　　**JURY TRIAL DEMANDED**

**v.**

**KAREN D AUER REVOCABLE TRUST,**

      **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT KAREN D AUER REVOCABLE TRUST

Plaintiff Benny Huggins, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *without* Prejudice of Defendant Karen D Auer Revocable Trust *only* in the above-styled action.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

PAGE | **1** of **2**

Dated: March 4, 2025

Respectfully Submitted,

/s/ Gerald D. Lane Jr                          .
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail:      gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26TH Street
Wilton Manors, FL 33305
Phone: (813) 340-8838

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 |  Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com