**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**BENNY HUGGINS,**

     **Plaintiff,**

**v.**                                  **Case No. 1:24-cv-202-AW-HTC**

**KAREN D AUER REVOCABLE
TRUST,**

     **Defendant.**

_____/

## <u>ORDER CLOSING THE FILE</u>

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 9. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on March 5, 2025.

                                 s/ *Allen Winsor*_____
                                 United States District Judge